UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZUBER AHMED, NURUL HOUQE, MOHAMMED B. UDDIN, SALEH UDDIN, BENNETT LARSEN and LESLIE NEWSAM, Individually, On Behalf of All Others Similarly Situated and as Class Representatives,

           Plaintiffs,

-against-

UNION SQUARE HOSPITALITY GROUP, LLC, USHG, LLC, USHG NOMINEE, LLC, UNION SQUARE EVENTS, LLC, ELEVEN MADISON PARK, LLC DOING BUSINESS AS ELEVEN MADISON PARK, ART FOOD LLC DOING BUSINESS AS THE MODERN, CAFÉ 2 and TERRACE 5, UNION SQUARE CAFÉ CORP. DOING BUSINESS AS UNION SQUARE CAFE, GRAMERCY TAVERN CORP. DOING BUSINESS AS GRAMERCY TAVERN, TABLA, LLC DOING BUSINESS AS TABLA, BLUE SMOKE, LLC, DOING BUSINESS AS BLUE SMOKE, BLUE SMOKE ENTERPRISES LLC, BLUE SMOKE CATERING LLC DOING BUSINESS AS BLUE SMOKE CATERING, 450ST ST DOING BUSINESS AS JAZZ STANDARD, FOOD 2 LEX LLC DOING BUSINESS AS MAIALINO, HUDSON YARDS CATERING LLC, HUDSON YARDS ENTERPRISES LLC, HUDSON YARDS SPORTS & ENTERTAINMENT LLC and HUDSON YARDS SERVICES, LLC,

           Defendants.

10-cv-06075 (DAB) (RLE)

ECF CASE

---

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT OF CLASS ACTION**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") and in the Declaration of Robert D. Lipman in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Lipman Decl.") and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting final approval of the Joint Stipulation of Class Settlement and Release (the "Settlement Agreement"), attached as Exhibit A to the Lipman Decl.;

(2) certifying the following settlement class under Federal Rules of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement:

> All persons who are or were employed by Defendants for 170 hours or more between August 16, 2004 and June 23, 2011 as a front of house, non-managerial employee, including but not limited to the following classifications of employees at Defendants' New York City restaurants known as Eleven Madison Park, The Modern, Tabla, Blue Smoke, Gramercy Tavern, Maialino, and Union Square Café and/or at Defendants' New York City catering entities known as Hudson Yards Catering and Blue Smoke Catering: (1) servers, (2) food runners, (3) bussers, (4) bartenders, (5) barbacks, (6) maitre d's, (7) hosts, (8) expeditors, (9) polishers, (10) backwaiters, (11) server assistants, (12) wait-staff, (13) captains, (14) baristas, and (15) front servers.

(3) awarding Class Counsel's attorneys' fees and costs as outlined in the Settlement Agreement;

(4) approving Service Awards to Plaintiffs and fees to the Settlement Administrator as outlined in the Settlement Agreement;

Plaintiffs submit a Proposed Final Order attached hereto as Exhibit A, for the Court's convenience.

Dated:  February 13, 2012
      Jericho, New York

           Respectfully submitted,

           LIPMAN & PLESUR, LLP

         By: /s/ Robert D. Lipman
           Robert D. Lipman
           lipman@lipmanplesur.com
           Lizabeth Schalet
           schalet@lipmanplesur.com
           David A. Robins
           robins@lipmanplesur.com
           500 North Broadway, Suite 105
           Jericho, NY 11753
           Telephone: (516) 931-0050
           Facsimile: (516) 931-0030

          *Attorneys for Plaintiffs and the Class*